UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JUAN IGARTUA, on behalf of himself and all others similarly situated,

                 Plaintiff,

                - against -

LATE BLOOMERS NYC, LLC,

                 Defendant.

-------------------------------------------------------------------X

24 Civ. 7966 (JHR) (GS)

ORDER TO
SHOW CAUSE

**GARY STEIN, United States Magistrate Judge:**

      On October 18, 2024, Plaintiff Juan Igartua filed his Complaint in this action against Defendant Late Bloomers NYC, LLC.  (Dkt. No. 1).  On November 21, 2024, Plaintiff served Defendant with process, making Defendant's deadline to answer or otherwise respond to the Complaint December 12, 2024.  (Dkt. No. 7).  The docket reflects that as of the date of this Order, however, Defendant has not responded to the Complaint or appeared in this action.  Furthermore, Plaintiff has not applied for entry of a default judgment or requested any other relief.

      Accordingly, it is hereby ORDERED that Plaintiff shall show cause as to why the above-captioned action should not be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedural by no later than **Monday, February 24, 2025**.  Plaintiff may show cause by properly applying for a default judgment under Rule 55 and Local Civil Rules 55.1–2.

      If Plaintiff fails to submit a timely and proper application for default judgment or otherwise show cause why this action should not be dismissed, the undersigned will recommend

to the Honorable Jennifer H. Rearden that the action be dismissed without prejudice pursuant to Rule 41.

    **SO ORDERED.**

DATED:    New York, New York
               February 10, 2025

                                                                           _____
                                                                           The Honorable Gary Stein
                                                                           United States Magistrate Judge