UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LATE BLOOMERS NYC LLC,<br><br>Defendant. | Case No.: 1:24-cv-07966-JHR-GS<br><br>**MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

**PLEASE TAKE NOTICE** that Plaintiff Juan Igartua, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant, Late Bloomers NYC LLC. The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

Respectfully submitted,

**Joseph & Norinsberg, LLC**

_____
Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, NY 10022
(212) 227-5700
arjeta@norinsberglaw.com

Dated:  March 24, 2025
            New York, New York