

**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

March 26, 2025

**VIA ECF**
Hon. Gary Stein
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

*Re: Igartua v. Late Bloomers NYC LLC*
*Docket No. 1:24-CV-07966-JHR-GS*

Dear Judge Stein,

    Our office represents Plaintiff Juan Igartua ("Plaintiff") in the above-referenced ADA matter. Plaintiff filed a motion for default judgment against the Plaintiff on March 24, 2025. I am writing to respectfully request an extension of time to complete service of our Motion for Default Judgment.

    Upon filing the motion, we sent the motion to our process server to be served upon the Defendant. However, we have requested the affidavit of service, and our process server has informed us that they have not yet been able to effectuate service of the motion on the Defendant. We are actively working with the process server to ensure that service is completed expeditiously, and that the affidavit of service is provided forthwith.

    For the foregoing reasons, we therefore request an additional 7 days to complete service of the Motion for Default Judgment.

    Thank you for your consideration of this request.

Application granted. Plaintiff's time to serve his motion and supporting papers on Defendant and file an affidavit of service on ECF is hereby extended to Wednesday, April 2, 2025. **SO ORDERED:**

Respectfully submitted,

Date: March 28, 2025
      New York, NY

*[signature]*
Arjeta Albani, Esq.

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**