UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated, Plaintiff, | Case No.: 1:24-cv-7966-JHR-GS |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| LATE BLOOMERS NYC LLC, Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Juan Igartua hereby gives notice that the above-captioned matter is voluntarily dismissed, without prejudice, against defendant, LATE BLOOMERS NYC LLC.

Respectfully,

**Joseph & Norinsberg, LLC**

Arjeta Albani, Esq.
110 East 59th Street, Suite 2300
New York, NY 10022
Arjeta@employeejustice.com
*Attorneys for Plaintiff*

DATED: May 16, 2025